GARY G. GRIMMER & ASSOCIATES

GARY G. GRIMMER    1769
ANN CORREA KEMP    5031
City Financial Tower
201 Merchant Street, Suite 1940
Honolulu, Hawaii  96813
Tel No. (808) 457-1330
Email: gary@grimmerhawaiilaw.com

Attorneys for Defendant
JEFFREY BARTUNEK

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAI'I

| | |
|---|---|
| JENNIFER BARGLOWSKI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEALCO INTERNATIONAL LLC, a company dba SCUBA SHACK, CHARLES C. NEAL, individually; JEFFREY BARTUNEK, individually, MOLOKINI DIVERS INC., a corporation or other business entity, JOHN DOES 1-5, JOHN DOE CORPORATIONS 1-5, JOHN DOE PARTNERSHIPS 1-5, ROE NON-PROFIT CORPORATIONS 1-5, and ROE GOVERNMENTAL AGENCIES 1-5,<br><br>　　　　　Defendants. | CIVIL NO.<br><br>**NOTICE OF REMOVAL**; EXHIBITS "A" & B; CERTIFICATE OF SERVICE |

**NOTICE OF REMOVAL**

TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

Defendant JEFFREY BARTUNEK ("Bartunek"), by and through his attorneys, Gary G. Grimmer & Associates, pursuant to 28 U.S.C. 1332, 1441, and 1446, and Rules 11 and 81(c) of the Federal Rules of Civil Procedure, hereby petitions the above-entitled Court for removal of the State Court action filed under Civil No. 16-1-0155(1) ("State Lawsuit") from the Circuit Court of the Second Circuit, State of Hawaii to the United States District Court for the District of Hawaii, and for the short and plain statement of grounds for removal, states as follows:

1.   On or about April 12, 2016, Plaintiff JENNIFER BARGLOWSKI ("Barglowski") filed the above-referenced State Lawsuit in the Circuit Court of the Second Circuit, State of Hawaii.  A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A".

2.   In her Complaint, Plaintiff alleges that she is a citizen and resident of Colorado; Defendant Charles C. Neal is a citizen and resident of Hawaii; Defendant MOLOKINI DIVERS, INC. is a corporation organized and existing under the law of Hawaii, with its principal place of business in the County of Maui, Hawaii; Defendants NEALCO INTERNATIONAL, LLC, and/or SCUBA SHACK was/were business entities organized and existing under the law of Hawaii, with its

principal place of business in the County of Maui, Hawaii; and Defendant Bartunek was a citizen and resident of Oregon.

3. In her Complaint, Plaintiff alleges that she suffered "severe and permanent physical injury and suffering, mental distress and impairment, psychological damage, loss of wage, impairment of earning capacity, diminution of enjoyment of life's activities, expenses incurred for treatment of injuries, together with other damages as shall be proved at time of trial" after participating in a snorkel and dive tour in ocean waters offshore and adjacent to the island of Molikini. In a written statement by Plaintiff she stated "I got beaten up on the rocks and was out of strength…. I realized that I was going to die….Five minutes more and I'd have drowned. I have no doubt in my mind that the dive master saved my life!!!" See Exhibit "B" attached hereto.

4. Pursuant to 28 USCS § 1332(a), the district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different States.

4. Pursuant to 28 USCS § 1441(a), any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

5. This Notice of removal is filed within thirty (30) days of Bartunek's receipt of Plaintiff's Complaint.

6. Venue is proper in the United States District Court for the District of Hawaii pursuant to 28 USCS § 1446(a) because the State Lawsuit is pending within the District of Hawaii.

7. This action may be removed to Federal Court pursuant to 28 USCS §§ 1332, 1441 and 1446.

8. This short and plain statement of grounds for removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, ___May 2, 2016___.

/s/ Gary G. Grimmer
GARY G. GRIMMER
ANN CORREA KEMP

Attorneys for Defendant
JEFFREY BARTUNEK